IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hawaii Carpenters Trust Funds *Health & Welfare Fund, Apprenticeship & Training Fund, Vacation & Holiday Fund, Markket Recovery Program, Financial Security Fund, Retiree Medical Fund, 401-K Fund by its trustees* <br><br> Plaintiffs, <br><br> vs. <br><br> Abel P. Lee; John Does 1-100, Jane Does 1-100; Doe Corporations 1-100; Doe Partnerships 1-100; Doe Entities 1-100; Doe Governmental Units 1-100 <br><br> Defendants. | CV. NO. 08-00034 HG-BMK |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 17, 2008, and no objections having been filed by any party,

//

//

//

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 12) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 7, 2008.



          **/s/ Helen Gillmor**

Chief United States District Judge